IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-86-BO

UNITED STATES OF AMERICA　　:
　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　:
　　　　　　　　　　　　　　:
MARIO RENE LOVO-ORELLANA　 :

FILED IN OPEN COURT
ON  12/7/2016  CD
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on August 4, 2016, the following property is hereby forfeitable pursuant to 18 U.S.C. § 2253:

Personal Property

A Western Digital 3.5 inch 200 gigabyte hard drive serial number WMAL81626402; a Gateway Desktop Computer serial number CAG5461002297; Dell Desktop computer service tag FQKR481; an Android tablet serial number AX105AMX2013; a Fujitsu 2.5 inch hard drive serial number 01083903; a Dell Dimension Desktop Computer serial number 7462RC1; a Hitachi 80 GB hard - drive serial number CN08D0487133772GF2FV; a Dell Laptop computer service tag 45TSQ61/TRVCNG37R9KVQ46; a Lenovo Laptop Computer with serial number ABU0022133 with a Seagate 320 GB hard-drive bearing serial number 5VD7170L; a 2GB Micro SD card; an HTC

1

android phone serial number FA49RSR03683; a PNY 16 GB USB thumb-drive; and 48 CD/DVD discs; and

WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant MARIO RENE LOVO-ORELLANA and other evidence of record, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the

2

Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c)(2).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 7 day of December, 2016.

*[signature]*
TERRENCE W. BOYLE
United States District Judge

3