IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-86-BO

UNITED STATES OF AMERICA          )
                                  )
        v.                        )
                                  )
MARIO RENE LOVO-ORELLANA          )

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 7, 2016, this Court entered a
Preliminary Order of Forfeiture pursuant to the provision of
18 U.S.C. § 2253, based upon the defendant pleading guilty to 18
U.S.C. § 2252(a)(2), and agreeing to the forfeiture of the
property listed in the December 7, 2016 Preliminary Order of
Forfeiture, to wit:

Personal Property

A Western Digital 3.5 inch 200 gigabyte hard drive serial
number WMAL81626402; a Gateway Desktop Computer serial number
CAG5461002297; Dell Desktop computer service tag FQKR481; an
Android tablet serial number AX105AMX2013; a Fujitsu 2.5 inch
hard drive serial number 01083903; a Dell Dimension Desktop
Computer serial number 7462RC1; a Hitachi 80 GB hard - drive serial
number CN08D0487133772GF2FV; a Dell Laptop computer service tag
45TSQ61/TRVCNG37R9KVQ46; a Lenovo Laptop Computer with serial

1

number ABU0022133 with a Seagate 320 GB hard-drive bearing  serial

number 5VD7170L; a 2GB Micro SD card; an HTC android phone serial

number FA49RSR03683; a PNY 16 GB USB  thumb-drive;  and 48 CD/DVD

discs;

AND WHEREAS, the United States published notice of

this forfeiture at the www.forfeiture.gov web site for at least

30 consecutive days, between December 28, 2016 and January 26,

2017, as required by Rule G(4)(a)(iv)(C) of the Supplemental

Rules for Admiralty of Maritime Claims and Asset Forfeiture

Actions.  Said published notice advised all third parties of

their right to petition the court within sixty (60) days from

the first day of the publication date for a hearing to

adjudicate the validity of their alleged legal interest in the

forfeited property;

AND WHEREAS, it appears from the record that no

claims, contested or otherwise, have been filed for the subject

personal property described in this Court's December 7, 2016

Preliminary Order of Forfeiture, other than those specifically

mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.    That the subject personal property listed in the

December 7, 2016 Preliminary Order of Forfeiture is hereby

forfeited to the United States.  That the United States

Department of Homeland Security, Immigration and Customs Enforcement, Customs and Border Protection is directed to dispose of the property according to law, including destruction.

    2.    That any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

    The Clerk is hereby directed to send copies of this Order to all counsel of record.

    SO ORDERED this __25__ of day __April__, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

3